IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DECARLOS MAJORS,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| vs. | ) JUDGE _____ |
| | ) MAGISTRATE _____ |
| **BAIN CAPITAL PARTNERS, LLC, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, and BURLINGTON COAT FACTORY DIRECT CORPORATION,** | ) ) ) ) ) |
| | ) |
| Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Bain Capital Partners, LLC, by and through counsel, files this, its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Bain Capital Partners, LLC, has no parent corporation. No publicly-held company owns ten percent or more of the stock of Bain Capital Partners, LLC.

Respectfully submitted,

s/ Kent E. Krause
**KENT E. KRAUSE**
Registration No. 006325
Attorney for Defendants

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, Tennessee 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of September, 2010, a true and correct copy of the foregoing was mailed First Class Mail, postage pre-paid to:

Donald D. Zuccarello, Esquire
The Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203

                                      s/ Kent E. Krause
                                      **KENT E. KRAUSE**

KEK/le