IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DECARLOS MAJORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0838 |
| ) | Judge Trauger |
| BAIN CAPITAL PARTNERS, LLC, ) | Magistrate Judge Knowles |
| BURLINGTON COAT FACTORY ) | |
| WAREHOUSE CORPORATION, and ) | |
| BURLINGTON COAT FACTORY DIRECT ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 17, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **REMANDED** to the Circuit Court for Davidson County, Tennessee, from which it was removed, as this court lacks subject matter jurisdiction.

It is so **ORDERED**.

ENTER this 9th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge